460 A.2d 858

Commonwealth v. Turner, Appellant.

Petition for Allowance of Appeal
Denied Sept. 21, 1983.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

460 A.2d 858

Commonwealth v. Van Kirk, Appellant.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.